UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WERONIKA JANCZUK,<br><br>                    Plaintiff,<br><br>          -against-<br><br>UNITED STATES OF AMERICA,<br><br>                    Defendant. | 24cv3717 (LTS)<br><br>CIVIL JUDGMENT |

For the reasons stated in the August 21, 2024, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   August 21, 2024
         New York, New York

                                          /s/ Laura Taylor Swain
                                          LAURA TAYLOR SWAIN
                                          Chief United States District Judge